UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN T. HALLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00479-JMS-DML |
| | ) | |
| COUNTY OF BARTHOLOMEW, | ) | |
| BARTHOLOMEW COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 9/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

RYAN T. HALLIGAN
24908
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201